IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DEBORAH PREITE                                                           PLAINTIFF

VS.                                                    CAUSE NO.: 3:13CV282-D-A

BL DEVELOPMENT CORP. d/b/a
HARRAH'S TUNICA                                                         DEFENDANT

## AGREED ORDER ON RULE 35 INDEPENDENT MEDICAL EXAMINATION

By agreement of the parties, it is hereby ORDERED and ADJUDGED that Plaintiff, Deborah Preite, will submit to an independent medical examination by Dr. Robert Ponzio of Ponzio Orthopedic, P.C., 449 Hurffville-Crosskeys Road, Sewell, New Jersey 08080 on March 2, 2015 at 11:30 AM.

The scope of the examination will be to obtain an independent examination of Plaintiff's injuries and/or limitations as well as the need for future medical treatment, the cause of any such injury, limitation or medical treatment, as well as Plaintiff's physical capabilities, limitations, work capacity, dates of MMI, dates of temporary disability and work and/or job restrictions.

_____
UNITED STATES MAGISTRATE JUDGE

11-20-14

APPROVED AND AGREED:

| | |
|---|---|
| RAYBURN COGHLAN LAW FIRM, PLLC<br>P.O. Drawer 1360<br>Oxford, MS 38655<br><br>BY:_____<br>KENNETH H. COGHLAN<br>Attorney for Defendant<br>Mississippi Bar No. 6336 | TOLLISON LAW FIRM<br>P.O. Box 1216<br>Oxford, MS 38655<br><br>BY: *[signature]* Barbara Dollarhide<br>BARBARA DOLLARHIDE<br>Attorney for Plaintiff<br>Mississippi Bar No. 9531 |