IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FILED
FEB - 5 2015
DAVID CREWS, CLERK
By_____ Deputy

DEBORAH PREITE                                    PLAINTIFF

V.                                                CASE NO: 3:13cv282-GHD-JMV

BL DEVELOPMENT CORPORATION
*doing business as*
Harrah's Tunica                                   DEFENDANT

ORDER DISMISSING CASE BY
REASON OF BANKRUPTCY PENDING

The court has received notice of bankruptcy proceedings instituted by the defendant, BL Development Corporation *doing business as* Harrah's Tunica. Therefore, it is not necessary that the claims against this defendant remain upon the pending docket of this court.

IT IS ORDERED that this case is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action upon motion of any party advising that the bankruptcy proceedings have been closed and further litigation against this defendant in the court is necessary.

ORDERED this 5th day of February, 2015.

_____
Senior Judge